**YANTAI TIMKEN CO., LTD. and The Timken Company, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Peer Bearing Company, Defendant–Appellee.**

No. 2008–1142.

United States Court of Appeals, Federal Circuit.

Dec. 3, 2008.

William A. Fennell, Stewart and Stewart, of Washington, DC, argued for the plaintiffs-appellants. With him on the brief was Terence P. Stewart.

Jeanne E. Davidson, Director, Civil Division, Commercial Litigation Branch, United States Department of Justice, argued for all defendants-appellees. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Patricia M. McCarthy, Assistant Director, and L. Misha Preheim, Trial Attorney. Of counsel on the brief was Melanie A. Frank, Senior Attorney, International Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

John M. Gurley, Arent Fox, LLP, of Washington, DC, for the defendant-appellee Peer Bearing Company. With him on the brief were Diana Dimitriuc Quaia and Nancy A. Noonan.

Before MICHEL, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.